1  THOMAS P. O'BRIEN
   United States Attorney
2  Central District of California
   GREGORY W. STAPLES
3  Special Assistant to the United States Attorney General
   California Bar Number: 155505
4        United States Courthouse
         411 West Fourth Street, Suite 8000
5        Santa Ana, California 92701
         Telephone: (714) 338-3535
6        Facsimile: (714) 338-3564
         E-mail address: greg.staples@usdoj.gov
7
   Attorney for Plaintiff
8  United States of America

9                  UNITED STATES DISTRICT COURT

10            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11
    UNITED STATES OF AMERICA,        ) No. 08mj1667(LSP)
12                                    )
                     Plaintiff,       ) NOTICE OF APPEARANCE
13                                    )
                  v.                  )
14                                    )
    JODALI HERNANDEZ MALDONADO,       )
15  JOSE ACOSTA-MARTINEZ, LORENA      )
    ISABEL CORDERO-LOPEZ, and         )
16  MARISELA CRUZ-LOZANO,             )
                                      )
17                  Defendants.       )

18
    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
19
        I, the undersigned attorney, enter my appearance as lead
20
    counsel in the above-caption case.  I certify that I am admitted
21
    to practice under CivLR 83.3.c.3-4.
22
    DATED: June 9, 2008            Respectfully submitted,
23

24
                                       /s/ Gregory W. Staples
25                                  GREGORY W. STAPLES
                                    Special Assistant to the United
26                                  States Attorney General

27

28