```
1  NED LYNCH--CA ST. BAR NO. 149680
   Attorney At Law
2  110 West C Street, Suite 1407
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)
```

FILED
JUN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## United States District Court

## Southern District of California

(Hon. Leo S. Papas)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 08mj1667(LSP) |
| Plaintiff, | **Waiver Of Appearance** |
| | **For Status Conference** |
| v. | |
| | [as to Lorena Cordero-Lopez] |
| JODALI HERNANDEZ-MALDONADO, JOSE ACOSTA-MARTINEZ, LORENA ISABEL CORDERO-LOPEZ, and MARISELA CRUZ-LOZANO, | |
| | Date: June 24, 2008 |
| Defendants. | Time: 9:30 a.m. |
| | Judge: Leo S. Papas |
| | Room: G |

I, Lorena Cordero-Lopez, understand I have been named as a material witness/defendant in the complaint filed in this case in the Southern District of California, and I have been informed the court scheduled a status conference in the case for June 24, 2008 at 9:30 a.m. I understand I have a right to appear at that hearing, but I have waived the right to be present at that court hearing, and I consented for my attorney, Ned Lynch, to appear on my behalf for that hearing. I also have been informed by Mr. Lynch the court has continued that status conference to August 28, 2008 at 9:30 a.m., and I agree to appear at court at that time. I further agree to obey any other orders issued by the court during that hearing. This document has been translated from English to Spanish for me, and I understand and agree to its contents.

Dated: 24/06/2008                        Lorena Cordero López
                                         _____
                                         Lorena Cordero-Lopez