1  NED LYNCH--CA ST. BAR NO. 149680
   Attorney At Law
2  110 West C Street, Suite 1407
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)

5

6

7

8                    **United States District Court**

9                    **Southern District of California**

10                       (Hon. Leo S. Papas)

11  UNITED STATES OF AMERICA,          )    Magistrate Case No. 08mj1667(LSP)
                                       )
12          Plaintiff,                 )    **Waiver Of Appearance**
                                       )    **For Status Conference**
13              v.                     )
                                       )    [as to Lorena Cordero-Lopez]
14  JODALI HERNANDEZ-MALDONADO,        )
    JOSE ACOSTA-MARTINEZ,              )
15  LORENA ISABEL CORDERO-LOPEZ, and   )
    MARISELA CRUZ-LOZANO,              )
16                                     )    Date:   August 28, 2008
            Defendants.               )    Time:   9:30 a.m.
17                                     )    Judge:  Leo S. Papas
    _____)    Room:   G
18

19

20          I, Lorena Cordero-Lopez, understand I have been named as a material witness/defendant in

21  the complaint filed in this case in the Southern District of California, and I have been informed the

22  court scheduled a status conference in the case for August 28, 2008 at 9:30 a.m.  I understand I have

23  a right to appear at that hearing, but I am waiving the right to be present at that court hearing, and

24  I consent for my attorney, Ned Lynch, to appear on my behalf for that hearing.  I agree to obey any

25  orders issued by the court during that hearing, and I agree to accept all notices through my attorney.

26          I declare under penalty of perjury under the laws of the United States the above is true and

27  correct.

28  Dated: 8/17/08                        Lorena Cordero Lopez
                                          Lorena Cordero-Lopez

FILED

AUG 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY